AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **6:25-cv-01028-CEM-RMN**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **BLOCK INC. d/b/a CASH APP**
was recieved by me on **6/30/2025:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Donna Moch mgr is the point of contact for this address**, who is designated by law to accept service of process on behalf of **BLOCK INC. d/b/a CASH APP** at **1200 S Pine Island Rd, Plantation, FL 33324** on **06/30/2025 at 1:52 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  06/30/2025

*Server's signature*

**Daniel Cohen**
*Printed name and title*

**316 W 2nd St.
3rd Floor
Los Angeles, CA 90012**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT, to Donna Moch mgr is the point of contact for this address who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 45-55 years of age, 5'-5'4" tall and weighing 120-140 lbs.**




Tracking #: **0175797656**